01-14-00760-CR

**CHRIS DANIEL**

**HARRIS COUNTY DISTRICT CLERK**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 10:48:36 AM
CHRISTOPHER A. PRINE
Clerk

November 11, 2015

Certified Mail No.: 7004 2510 0002 8750 9136

ISMAEL A. ALARCON/TDCJ #01950811
COTULLA TRANSFER FACILITY
610 FM 624
COTULLA, TEXAS 78014

Re: Cause Number 1225411 in the 185TH DISTRICT COURT

Dear, Sir or Madam:

The following documents are being forwarded to you pursuant to an order from the court of appeals.

Enclosed is a certified copy of the trial record in the above numbered and styled cause, which includes:

1------ Volume(s) - Clerk's Record

      Volume(s) – Supplemental Clerk's Record

      Volume(s) – Reporter's Record

Your pro-se brief is due in the First Court of Appeals 30 days after the receipt of your record. This date will be calculated from the return receipt requested (green) card. The Court of Appeals will be notified when the record is received.

Sincerely,

/s/ N. Salinas, Deputy
Criminal Post Trial

Enclosure